**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     Connie Rogge, Individually and as heir of Richard Hollas Rogge,
                         Richard Rogge, Individually and as Heir of Richard Hollas Rogge and
                         Richard Rogge as Administrator of the Estate of Richard Hollas Rogge
                         v. The City of Richmond, Texas

Appellate case number:   01-14-00866-CV

Trial court case number: 11-DCV-194261

Trial court:             268th District Court of Fort Bend County

Date motion filed:       October 14, 2016

Party filing motion:     Appellants, Connie Rogge, Individually and as heir of Richard Hollas
                         Rogge, Richard Rogge, Individually and as Heir of Richard Hollas
                         Rogge and Richard Rogge as Administrator of the Estate of Richard
                         Hollas Rogge v. The City of Richmond, Texas


         It is ordered that the motion for rehearing is **DENIED.**


Judge's signature: /s/ Michael Massengale
                         Acting for the Court

Panel consists of: Justices Keyes, Massengale, and Lloyd

Keyes, J., dissenting from the denial of rehearing.


Date: January 10, 2017